# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-po-01117 |
| TERRY RAY GRAVES | Warren Williamson (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 3 and 36 C.F.R. 2.2(a)(1) | Unauthorized taking of wildlife | 9/22/2003 | 1 |

The defendant is sentenced as provided in pages 2 through ?? of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

8/18/2006
Date of Imposition of Judgment

*s/Craig B. Shaffer*
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

August 31, 2006
Date

Defendant: TERRY RAY GRAVES
Case No: 06-po-01117                                          Judgment Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Six (6) months in jail, suspended for three years.**

## PROBATION

The defendant is hereby placed on probation for a term of three (3) years of unsupervised probation.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

## ADDITIONAL CONDITIONS OF PROBATION

1) The defendant shall not reenter Rocky Mountain National Park for any reason during the three years of probation.

2) The defendant shall not hunt or fish in the State of Colorado during the three years of probation.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00, Special assessment fee | $5,000, suspended | $0 |
| **TOTALS** | $10.00 | $5,000, suspended | $0 |

Defendant: TERRY RAY GRAVES
Case No: 06-po-01117                                                                 Judgment Page 3 of 3

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

$10.00 Special Assessment fee shall be paid to the Clerk of the District Court, 901 19th Street, Denver, Colorado, as soon as possible.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.